IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HANCOCK BANK,                    :

    Plaintiff,                   :

vs.                              :       CA 12-0162-C

TRIPLE B INVESTMENTS, LLC, et al.,  :

    Defendants.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion for summary judgment (Doc. 31) be and the same hereby is **GRANTED**. Plaintiff shall have and take from defendants Triple B Investments, LLC, Robert M. Brannon, Jason R. Brannon, J&R Properties, LLC, AJB, LLC, and Adrian J. Beach the sum of $375,734.45, with post-judgment interest to accrue at the rate of 0.14% from this date forward.

**DONE** this the 15th day of January, 2013.

                      s/WILLIAM E. CASSADY
                      **UNITED STATES MAGISTRATE JUDGE**